Phone: 920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com
Website: www.ch13oshkosh.com

**REBECCA R. GARCIA**
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
**P O Box 3170**
**Oshkosh, WI 54903-3170**

November 18, 2019

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
514 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Unclaimed Funds**

Dear Unclaimed Court:

Enclosed please find our check # 581675 in the amount of $6,157.03 which is being sent to you as unclaimed funds. These funds are from:

| Case Number | Claim # | Debtor 1 | Debtor 2 | Amount |
|---|---|---|---|---|
| 16-31015-BEH | 10 | LORRAINE GWYNETTA MILLER | | $6,157.03 |

Funds were originally sent to the creditor SOCIAL SECURITY ADMINISTRATION. Our payment was returned by the postal office without a forwarding address. We have made attempts to contact SOCIAL SECURITY ADMINISTRATION without success. Should you have any questions or need further information, please contact me at (920) 231-2150 ext 113. The last address we had for SOCIAL SECURITY ADMINISTRATION is C/O MATPSC P O BOX 2861 PHILADELPHIA, PA 19122

Sincerely,

The Office of Rebecca R Garcia
Chapter 13 Bankruptcy Trustee

Enclosure: Check #581675

